UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:13-cv-00469-MSS-TGW |
| v. | ) |
| JOHN DOE subscriber assigned IP address 69.180.78.2, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE 1**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe 1, a ("Defendant") from this action without prejudice. Defendant was assigned the IP address 69.180.78.2. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated May 28, 2013

Respectfully submitted,

By:   /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 28th day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                      By:   /s/ *M. Keith Lipscomb*
                                                M. Keith Lipscomb